WELLS, Judge,
specially concurring.
I agree with the majority in granting rehearing to clarify that the- trial court erred in granting an involuntary dismissal of the former wife’s motion for attorney’s fees because she purportedly failed to sufficiently establish the nature and extent of the services performed and the reasonableness of the.fees incurred». I do so because as both our original opinion and the instant opinion on- rehearing confirm sufficient- competent, substantial evidence was adduced by the former wife below to establish both elements. I write, however, to confirm that because of the dismissal— secured at the former husband’s behest— the former husband had no opportunity to adduce evidence regarding the amount of the fee to be awarded and that on remand he should be accorded that opportunity alone.